# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **VINCENT H. AND KATHLEEN R. COSTELLO,** | Bankruptcy No. 16-06043 |
| | Honorable Bruce W. Black |
| Debtors. | |

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #28)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on December 8, 2016.

Dated: December 8, 2016

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **VINCENT H. AND KATHLEEN R. COSTELLO,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
 ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Patrick A Meszaros**   patrickmeszaros@yahoo.com

## MANUAL SERVICE LIST

| <u>VIA US Mail</u><br>**Capital One Bank (Usa), N.A.**<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | <u>VIA US Mail</u><br>**Pnc Bank N.A.**<br>P.O. Box 94982<br>Cleveland, Oh 44101-0570 |
|---|---|
| <u>VIA US Mail</u><br>**Vincent H Costello**<br>**Kathleen R Costello**<br>1507 Old Cedar Road<br>New Lenox, IL 60451 | |
| | |
| | |
| | |