UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Vincent H Costello § Case No. 16-06043
Kathleen R Costello §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 16,631.33             Assets Exempt: 15,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 9,710.91    Claims Discharged
                                              Without Payment: 227,922.54

Total Expenses of Administration: 4,289.09

3) Total gross receipts of $ 14,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 14,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 8,685.52 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,289.09 | 4,289.09 | 4,289.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 228,868.49 | 13,066.29 | 13,066.29 | 9,710.91 |
| **TOTAL DISBURSEMENTS** | $ 237,554.01 | $ 17,355.38 | $ 17,355.38 | $ 14,000.00 |

4)  This case was originally filed under chapter 7 on  02/24/2016 . The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/20/2017                    By:/s/Zane L. Zielinski, Trustee
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Terex Th636 Telehandler Lift Machine | 1129-000 | 14,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, Bankruptcy Department P.O. Box 5155 Norcross, GA 30091 | | 8,685.52 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 8,685.52** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 2,150.00 | 2,150.00 | 2,150.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 26.49 | 26.49 | 26.49 |
| Associated Bank | 2600-000 | NA | 109.03 | 109.03 | 109.03 |
| Alan D. Lasko & Associates P.C. | 3310-000 | NA | 1,531.04 | 1,531.04 | 1,531.04 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 18.85 | 18.85 | 18.85 |
| American Auction Associates, Inc. | 3620-000 | NA | 453.68 | 453.68 | 453.68 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,289.09 | $ 4,289.09 | $ 4,289.09 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy Credit Svcs, PO Box 78009 Phoenix, AZ 85062 | | 0.00 | NA | NA | 0.00 |
| | Egan & Alaily LLC, 321 North Clark Street, Suite 1430 Chicago, IL 60654 | | 215,881.64 | NA | NA | 0.00 |
| | Kohl's Collection Department, P.O. Box 3084 Milwaukee, WI 53201 | | 0.00 | NA | NA | 0.00 |
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | 3,972.75 | 3,940.42 | 3,940.42 | 2,928.53 |
| 3 | Pnc Bank N.A. | 7100-000 | 9,014.10 | 9,125.87 | 9,125.87 | 6,782.38 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 228,868.49 | $ 13,066.29 | $ 13,066.29 | $ 9,710.91 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-06043 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Vincent H Costello | | | | Date Filed (f) or Converted (c): | 02/24/2016 (f) |
| | Kathleen R Costello | | | | 341(a) Meeting Date: | 03/21/2016 |
| For Period Ending: | 02/21/2017 | | | | Claims Bar Date: | 08/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2009 Volkswagon Routan Mileage: 120000 | 8,000.00 | 0.00 | | 0.00 | FA |
| 2. 2004 Chevy Van Mileage: 180000 | 3,000.00 | 0.00 | | 0.00 | FA |
| 3. Furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 900.00 | 0.00 | | 0.00 | FA |
| 5. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 6. Pnc Bank | 250.00 | 0.00 | | 0.00 | FA |
| 7. Pnc Bank- 2 Accounts | 6,000.00 | 0.00 | | 0.00 | FA |
| 8. Capital One Bank | 2.04 | 0.00 | | 0.00 | FA |
| 9. Digit Bank Acct | 579.29 | 0.00 | | 0.00 | FA |
| 10. Vc Builds, Inc. - S Corporation Construction Business | 0.00 | 0.00 | | 0.00 | FA |
| 11. Security Deposit For Residence | 3,200.00 | 0.00 | | 0.00 | FA |
| 12. Ira With Price | 2,500.00 | 0.00 | | 0.00 | FA |
| 13. Accounts Receivable | 5,000.00 | 0.00 | | 0.00 | FA |
| 14. Compressors, Saw, Hand Tools, | 1,500.00 | 0.00 | | 0.00 | FA |
| 15. 2005 Terex Th636 Telehandler Lift Machine | 15,000.00 | 0.00 | | 14,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $47,531.33 | $0.00 | | $14,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has objected to a claim and is preparing the final report.

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Initial Projected Date of Final Report (TFR): 12/01/2016      Current Projected Date of Final Report (TFR): 12/01/2016

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-06043 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Vincent H Costello | Bank Name: Associated Bank |
| Kathleen R Costello | Account Number/CD#: XXXXXX4578 |
| | Checking |
| Taxpayer ID No: XX-XXX3807 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/16 | | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 6004 | Sale Proceeds | | $13,546.32 | | $13,546.32 |
| | | | Gross Receipts  $14,000.00 | | | | |
| | | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL | Auctioneer Expenses  ($453.68) | 3620-000 | | | |
| | 15 | | 2005 Terex Th636 Telehandler Lift Machine  $14,000.00 | 1129-000 | | | |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $13,536.32 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.47 | $13,516.85 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.10 | $13,496.75 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.06 | $13,476.69 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.39 | $13,457.30 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.01 | $13,437.29 |
| 01/13/17 | 5001 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $2,176.49 | $11,260.80 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.  ($2,150.00) | 2100-000 | | | |

Page Subtotals:  $13,546.32  $2,285.52

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-06043  
Case Name: Vincent H Costello  
Kathleen R Costello  
Taxpayer ID No: XX-XXX3807  
For Period Ending: 02/21/2017  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX4578  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($26.49) | 2200-000 | | | |
| 01/13/17 | 5002 | Alan D. Lasko & Associates P.C. | Distribution | | | $1,549.89 | $9,710.91 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. ($1,531.04) | 3310-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. ($18.85) | 3420-000 | | | |
| 01/13/17 | 5003 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 74.32 % per court order. | 7100-000 | | $2,928.53 | $6,782.38 |
| 01/13/17 | 5004 | Pnc Bank N.A. P.O. Box 94982 Cleveland, Oh 44101-0570 | Final distribution to claim 3 representing a payment of 74.32 % per court order. | 7100-000 | | $6,782.38 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $13,546.32 | $13,546.32 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $13,546.32 | $13,546.32 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,546.32 | $13,546.32 |

Page Subtotals: $0.00    $11,260.80

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4578 - Checking | $13,546.32 | $13,546.32 | $0.00 |
| | $13,546.32 | $13,546.32 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $453.68 |
| Total Net Deposits: | $13,546.32 |
| Total Gross Receipts: | $14,000.00 |